# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ANDREW WHITE,<br><br>                Plaintiff<br><br>      v.<br><br>CONNIE GIPSON AND<br>E. MOLINA,<br><br>                Defendants. | CASE No. 1:13-cv-02048-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR COURT TO SCREEN PLAINTIFF'S COMPLAINT**<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS' RESPONSIVE PLEADING**<br><br>(ECF No. 1) |

    Plaintiff Bernard Andrew White ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 13, 2013, Defendants removed this action to federal court and filed a request seeking that the complaint be screened and to be allowed thirty days to respond to the complaint from the date of filing the screening order.

    The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course. The Court will grant Defendants' request that they be relieved from the obligation to file a responsive pleading until thirty (30) days after the complaint is screened.

///

///

1  Defendants' request is HEREBY GRANTED, and Defendants shall have thirty (30) days
2 to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated:   **January 6, 2014**                              /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE