# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ANDREW WHITE<br><br>Plaintiff,<br><br>v.<br><br>CONNIE GIPSON, et al.,<br><br>Defendants. | Case No. 1:13-cv-2048-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MSICELLANEOUS MOTIONS<br><br>(ECF Nos. 4. 6. 7) |

Plaintiff Bernard Andrew White ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants removed this action to federal court on December 13, 2013. On December 23, 2014 and January 6, 2014, Plaintiff filed three separate miscellaneous motions titled, "Motion Importance of 'Declaration/Affadavit Sworns' statement of facts in written an[sic]…" and "Motion Federal Rule of Civil Procedure 29 Stipulation That's Regarding Discovery Order…" respectively. (ECF Nos. 4, 6, & 7.)

The Court is unable to determine the relief Plaintiff seeks from his motions. Plaintiff is reminded that The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. 1915A(a). The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course. Additionally, no discovery may be conducted, without permission from the Court, until an answer is filed and the Court issues an order opening discovery. Once Defendants have filed an answer a discovery and scheduling order will be issued opening discovery in this action.

Case 1:13-cv-02048-DLB   Document 10   Filed 08/13/14   Page 2 of 2

Accordingly, it is HEREBY ORDERED that Plaintiff's motions, filed December 23, 2013 and January 6, 2014, are DENIED.

IT IS SO ORDERED.

Dated:   **August 13, 2014**                               /s/ *Dennis L. Beck*
                                                                                          UNITED STATES MAGISTRATE JUDGE

2